UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN  DIVISION

NO. 5:09-CR-00203-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| CHRIS DAVINCI ADAMS | |

On motion of the Defendant, CHRIS DAVINCI ADAMS, and for good cause shown, it is hereby ORDERED that DE [74]  be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 12th day of June, 2019.


_____
The Honorable Louise Wood Flanagan
United States District Court Judge